STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Patrick Bayard McIntire
Oats & Marino
100 E. Vermilion St., #400
Lafayette LA 70501


**REHEARING ACTION: June 20, 2018**


**Docket Number: 17   01132-CA consolidated with 17   01131-CA**

**ALVIN PETE
VERSUS
STATE OF LOUISIANA, DEPARTMENT OF
CORRECTIONS, ET AL.**

**Appealed from St. Martin Parish Case No. 81146**


<u>**BEFORE JUDGES**</u>**:**

   **Hon. Ulysses Gene Thibodeaux
   Hon. Phyllis M. Keaty
   Hon. D. Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sheriff Ronny Theriot** has this day been

   **DENIED.**


cc: M. Charles Brandt, Jr., Counsel for the Appellant